IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAKOTA JOSHUA CARUTHERS                                PLAINTIFF

v.                          No. 3:17-cv-66-DPM

ARKANSAS DEPARTMENT OF HUMAN
SERVICES, Greene County                                DEFENDANT

## ORDER

Caruthers hasn't paid the filing fee or submitted a complete application to proceed *in forma pauperis*; and the time to do so has passed. № 4. Further, Caruthers's mail is now being returned undelivered. № 5–6. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2017