# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAKOTA JOSHUA CARUTHERS**                   **PLAINTIFF**

v.                   No. 3:17-cv-66-DPM

**ARKANSAS DEPARTMENT OF HUMAN
SERVICES, Greene County**                       **DEFENDANT**

## JUDGMENT

Caruthers's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2017